UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NIKO S. SIMMONS, # 197744, | |
| Plaintiff, | Case No. 1:14-cv-1242 |
| v. | Honorable Paul L. Maloney |
| PENNY ROGERS, et al., | **JUDGMENT** |
| Defendants. | |

In accordance with the Memorandum Opinion filed this date:

IT IS ORDERED that plaintiff's state-law claim against Nurse Practitioner Penny Rogers is **DISMISSED** for failure to state a claim on which relief can be granted pursuant to the statutory authority provided in 28 U.S.C. § 1915(e)(2).

IT IS ORDERED that defendants' motion for summary judgment (ECF No. 37) is **GRANTED** and judgment is hereby entered in favor of defendants on all plaintiff's federal claims.


Dated: March 30, 2017          /s/ Paul L. Maloney
                               Paul L. Maloney
                               United States District Judge